KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 06-0725 SI |
|    Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
|    v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| TREVOR GRAHAM, ) | |
|    Defendant. ) | |

     The above-captioned matter came before the Court on November 17, 2006, for initial appearance. The defendant was represented by Gail Shifman, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The mater was continued to December 15, 2006, at 11:00 a.m. in this Court for further proceedings.

     The Court made a finding that the time from and including November 17, 2006 through December 15, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0725 SI

because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until December 15, 2006, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: 11/17/06

/s/
GAIL SHIFMAN
Counsel for Trevor Graham

DATED: 11/17/06

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0725 SI                          2