```
                                                    RECEIVED
                                                    06 NOV 28 PM
                    UNITED STATES DISTRICT COURT          FILED
                    Northern District of California
                                                          DEC - 5 2006
                                                      RICHARD W. WIEKING
                                                      CLERK U.S. DISTRICT COURT
UNITED STATES OF AMERICA                              NORTHERN DISTRICT OF CALIFORNIA
                                        CASE NO. CR06-725 SI

                                            (Proposed)
                                        ORDER GRANTING APPLICATION
                    Plaintiff(s),       FOR ADMISSION OF ATTORNEY
            v.                          PRO HAC VICE

TREVOR GRAHAM


                    Defendant(s).
                                    /
```

Joseph E. Zeszotarski, Jr. , an active member in good standing of the bar of

US District Court, Eastern District of N.C.  whose business address and telephone number

(particular court to which applicant is admitted)

is

Post Office Box 10096
Raleigh, NC  27605
(919) 783-6400

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Trevor Graham;

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/5/06

                                                  _____
                                                  United States District    Judge