```
 1  GAIL SHIFMAN
    Shifman Group, Attorneys
 2  633 Battery Street, Ste. 635
    San Francisco, CA 94111
 3  Tel: (415) 551-1500
    Fax: (415) 788-6787
 4
    JOSEPH ZESZOTARSKI, JR.
 5  Poyner & Spruill
    P.O. Box 10096
 6  Raleigh, NC 27605
    Tel: (919) 783-6400
 7  Fax: (919) 783-1075
 8  Attorneys for Defendant
    TREVOR GRAHAM
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| UNITED STATES OF AMERICA, | CASE NO. CR 06-0725 SI |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF APPEARANCE and [PROPOSED] ORDER |
| TREVOR GRAHAM, | |
| Defendant. | |

Defendant, TREVOR GRAHAM, by and through his attorneys, Gail Shifman and Joseph Zeszotarski, Jr., waives his right to be present upon hearing of any motion in this cause, including the time that the case is set for trial, when a continuance is ordered, except upon arraignment, plea, impanelment of a jury, trial and imposition of sentence, if any, or as required to appear by order of the Court.

Defendant, TREVOR GRAHAM, requests that the Court proceed

WAIVER OF APPEARANCE & (PROPOSED) ORDER                             1

during every absence of his which the Court may permit pursuant to this waiver, and agrees that his interests will be deemed represented at all times by the presence of his attorneys, the same as if Defendant was personally present in Court and agrees to be personally present in Court on any day as the Court may require.

Undersigned counsel have spoken with the government who agree that Defendant need not be present in Court for the Status hearing scheduled on December 15, 2006.

Dated: December 11, 2006          //s//
                                  _____
                                  TREVOR GRAHAM


Dated: December 11, 2006          By: Shifman Group, Attorneys
                                       //s//
                                  _____
                                  GAIL SHIFMAN
                                  Attorneys for Defendant
                                  TREVOR GRAHAM

ORDER

The Court being advised and there being no objection, IT IS ORDERED that Defendant TREVOR GRAHAM'S personal appearance is waived at the status hearing scheduled for December 15, 2006.

Dated: December ____, 2006        _____
                                  SUSAN ILLSTON
                                  U.S. DISTRICT JUDGE

WAIVER OF APPEARANCE & (PROPOSED) ORDER                              2