GAIL SHIFMAN
Shifman Group, Attorneys
633 Battery Street, Ste. 635
San Francisco, CA 94111
Tel: (415) 551-1500
Fax: (415) 788-6787

JOSEPH ZESZOTARSKI, JR.
Poyner & Spruill
P.O. Box 10096
Raleigh, NC 27605
Tel: (919) 783-6400
Fax: (919) 783-1075

Attorneys for Defendant
TREVOR GRAHAM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-0725 SI |
| Plaintiff, | [PROPOSED] |
| vs. | ORDER CONTINUING STATUS HEARING |
| TREVOR GRAHAM, | |
| Defendant. | |

Defendant, TREVOR GRAHAM, by and through his attorneys, Gail Shifman and Joseph Zeszotarski, Jr., files this request to continue the status hearing currently scheduled before the Court on January 26, 2007, until February 2, 2007 at 11:00 a.m., for the reason that defense counsel is ill. Undersigned counsel has been advised by the government that they have no objection to this continuance and agree to the setting of the status hearing on February 2, 2007.

Dated: January 25, 2007          By: Shifman Group, Attorneys

                                 //s//
                                 _____
                                 GAIL SHIFMAN
                                 Attorneys for Defendant
                                 TREVOR GRAHAM

ORDER

The Court being advised and there being no objection, IT IS ORDERED that the status hearing is vacated on January 26, 2007 and continued until February 2, 2007 at 11:00 a.m.

Dated: January _____, 2007

_____
SUSAN ILLSTON
U.S. DISTRICT JUDGE

ORDER CONTINUING STATUS HEARING                                              2