```
GAIL SHIFMAN
Shifman Group, Attorneys
633 Battery Street, Ste. 635
San Francisco, CA 94111
Tel: (415) 551-1500
Fax: (415) 788-6787

JOSEPH ZESZOTARSKI, JR.
Poyner & Spruill
P.O. Box 10096
Raleigh, NC 27605
Tel: (919) 783-6400
Fax: (919) 783-1075

Attorneys for Defendant
TREVOR GRAHAM
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-0725 SI |
| Plaintiff, | [PROPOSED] |
| vs. | ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE |
| TREVOR GRAHAM, | |
| Defendant. | |

Defendant, TREVOR GRAHAM, by and through his attorneys, Gail Shifman and Joseph Zeszotarski, Jr., having previously filed his waiver of appearance upon hearing of any motion in this cause, including the time that the case is set for trial and when a continuance is ordered, requests that the Court permit a waiver of his appearance for the status hearing scheduled on February 2, 2007. As Defendant lives in North Carolina, and because this matter is set for status, the cost to attend the hearing would be burdensome. Undersigned counsel has been advised by the

1

government that they have no objection to the Defendant's waiver for the hearing scheduled on February 2, 2007.

Dated: January 25, 2007    By: Shifman Group, Attorneys

//s//

_____
GAIL SHIFMAN
Attorneys for Defendant
TREVOR GRAHAM

ORDER

The Court being advised and there being no objection, IT IS ORDERED that Defendant TREVOR GRAHAM'S personal appearance is waived at the status hearing scheduled for February 2, 2007.

Dated: January _____, 2007    *[signature]*

_____
SUSAN ILLSTON
U.S. DISTRICT JUDGE

ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE    2