```
GAIL SHIFMAN
Shifman Group, Attorneys
633 Battery Street, Ste. 635
San Francisco, CA 94111
Tel: (415) 551-1500
Fax: (415) 788-6787

JOSEPH ZESZOTARSKI, JR.
Poyner & Spruill
P.O. Box 10096
Raleigh, NC 27605
Tel: (919) 783-6400
Fax: (919) 783-1075
```

Attorneys for Defendant
TREVOR GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-0725 SI (EMC) |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CLARIFYING CONDITIONS OF RELEASE |
| TREVOR GRAHAM, | |
| Defendant. | |

The parties hereby stipulate that the conditions of release shall be clarified in the following manner:

1. Defendant, TREVOR GRAHAM, shall report to Pretrial Services in Raleigh, North Carolina, as directed by his pretrial services officer in North Carolina. USPTS agrees with this clarification.

Dated: December 13, 2006                Dated: December 13, 2006

   /S/                                      /S/
_____            _____
GAIL SHIFMAN                           JEFF FINIGAN (w/consent)
Attorney for Defendant                 Assistant U.S. Attorney
TREVOR GRAHAM

STIPULATION & ORDER CLARIFYING CONDITIONS OF RELEASE                1

<pre>
1
2
3
4
5                      UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7                                --o0o--
8   UNITED STATES OF AMERICA,
                                    CASE NO. CR 06-0725 SI (EMC)
9              Plaintiff,
                                    ORDER CLARIFYING CONDITIONS
10      vs.                         OF RELEASE
11  TREVOR GRAHAM,
12             Defendant.
    _____/
13
14      This matter having come before the Court upon the
15  Stipulation of the parties and the Court being advised;
16      IT IS ORDERED that the Conditions of Release shall be
17  clarified in the following manner:
18      1.  Defendant, TREVOR GRAHAM, shall report to Pretrial
            Services in Raleigh, North Carolina, as directed by his
19          pretrial services officer in North Carolina.
20  Dated: ~~December ___, 2006~~
            February 1, 2007
21                                  _____
22                                  UNITED STATES MAGISTRATE JUDGE
23
24
</pre>

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION & ORDER CLARIFYING CONDITIONS OF RELEASE            2