1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney

2

3   MARK L. KROTOSKI (CASBN 138549)
    Chief, Criminal Division

4   MATTHEW A. PARRELLA (NYSBN 2040855)
    JEFFREY D. NEDROW (CASBN 161299)

5   JEFFREY R. FINIGAN (CASBN 168285)
    Assistant United States Attorneys

6

7     450 Golden Gate Avenue
    San Francisco, California 94102

8     Telephone: (415) 436-7232
    Facsimile: (415) 436-7234

9     Email: jeffrey.finigan@usdoj.gov

10   Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16   UNITED STATES OF AMERICA,    )    Criminal No. CR 06-0725 SI
                        )

17        Plaintiff,         )
                        )

18     v.                     )    **STIPULATION AND [PROPOSED]**
                        )    **ORDER EXCLUDING TIME**

19                         )

20   TREVOR GRAHAM,         )
                        )

21        Defendant.       )
                        )

22

23         The above-captioned matter came before the Court on February 2, 2007, for status. The

24   defendant was represented by Gail Shifman, Esq., and the government was represented by Jeffrey

25   Finigan, Assistant United States Attorney. The mater was continued to February 16, 2007, at

26   11:00 a.m. in this Court for further proceedings.

27         The Court made a finding that the time from and including February 2, 2007, through

28   February 16, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0725 SI

1 because the ends of justice served by taking such action outweighed the best interest of the public

2 and the defendant in a speedy trial. The finding was based on the need for the defendant to have

3 reasonable time necessary for effective preparation, taking into account the exercise of due

4 diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

5      The parties hereby agree to and request that the case be continued until February 16,

6 2007, and that the exclusion of time until then be granted. The parties further hereby agree to

7 and request that the time from January 26, 2007, through and including February 2, 2007, be

8 excluded for the same bases set forth herein, as defense counsel was ill during that time period,

9 which caused a continuance of the previously scheduled appearance on January 26, 2007, to

10 February 2, 2007. The parties agree and stipulate that the additional time is appropriate and

11 necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served

12 by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

13 This time exclusion will allow defense counsel to effectively prepare, taking into account the

14 exercise of due diligence, and will provide for continuity of counsel for the defendant.

16 DATED:     February 5, 2007        /s/

17          GAIL SHIFMAN
         Counsel for Trevor Graham

19 DATED:     February 2, 2007        /s/

20          JEFFREY FINIGAN
         Assistant U.S. Attorney

22 So ordered.

23 DATED:

         SUSAN ILLSTON
24          UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0725 SI          2