```
 1  GAIL SHIFMAN
    Shifman Group, Attorneys
 2  633 Battery Street, Ste. 635
    San Francisco, CA 94111
 3  Tel: (415) 551-1500
    Fax: (415) 788-6787
 4
    JOSEPH ZESZOTARSKI, JR.
 5  Poyner & Spruill
    P.O. Box 10096
 6  Raleigh, NC 27605
    Tel: (919) 783-6400
 7  Fax: (919) 783-1075

 8  Attorneys for Defendant
    TREVOR GRAHAM
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

--o0o-

| UNITED STATES OF AMERICA, | CASE NO. CR 06-0725 SI |
|---|---|
| Plaintiff, | [PROPOSED] |
| vs. | ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE |
| TREVOR GRAHAM, | |
| Defendant. | |

As stated at the last status conference, Defendant, TREVOR GRAHAM, by and through his attorneys, Gail Shifman and Joseph Zeszotarski, Jr., having previously filed his waiver of appearance upon hearing of any motion in this cause, including the time that the case is set for trial and when a continuance is ordered, requests that the Court permit a waiver of his appearance for the status hearing scheduled on February 16, 2007. As Defendant lives in North Carolina, and because this matter is set for status, the cost to attend the hearing would be

burdensome. Government counsel has no objection to the Defendant's waiver for the hearing scheduled on February 16, 2007.

Dated: February 15, 2007   By: Shifman Group, Attorneys

//s//
_____
GAIL SHIFMAN
Attorneys for Defendant
TREVOR GRAHAM

ORDER

The Court being advised and there being no objection, IT IS ORDERED that Defendant TREVOR GRAHAM'S personal appearance is waived at the status hearing scheduled for February 16, 2007.

Dated: February _____, 2007

_____
SUSAN ILLSTON
U.S. DISTRICT JUDGE

ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE      2