1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
6
7      450 Golden Gate Avenue
       San Francisco, California  94102
8      Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
9      Email: jeffrey.finigan@usdoj.gov

10 Attorneys for Plaintiff

11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,        )   Criminal No. CR 06-0725 SI
16                                  )
          Plaintiff,                )
17                                  )
                                    )   **STIPULATION AND [PROPOSED]**
18     v.                           )   **ORDER EXCLUDING TIME**
                                    )
19                                  )
   TREVOR GRAHAM,                   )
20                                  )
          Defendant.                )
21 _____)

22

23     The above-captioned matter came before the Court on February 16, 2007, for status.  The

24 defendant was represented by Gail Shifman, Esq., and Joseph Zeszotarski, Esq., and the

25 government was represented by Jeffrey Finigan, Assistant United States Attorney.  The mater

26 was continued to March 30, 2007, at 11:00 a.m. in this Court for further proceedings.

27     The Court made a finding that the time from and including February 16, 2007, through

28 March 30, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0725 SI

because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until March 30, 2007, and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: February 19, 2007

/s/
GAIL SHIFMAN
Counsel for Trevor Graham

DATED: February 16, 2007

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0725 SI                                              2