1  GAIL SHIFMAN
   Shifman Group, Attorneys
2  633 Battery Street, Ste. 635
   San Francisco, CA 94111
3  Tel: (415) 551-1500
   Fax: (415) 788-6787
4
   JOSEPH ZESZOTARSKI, JR.
5  Poyner & Spruill
   P.O. Box 10096
6  Raleigh, NC 27605
   Tel: (919) 783-6400
7  Fax: (919) 783-1075

8  Attorneys for Defendant
   TREVOR GRAHAM
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13                              --oOo-

   UNITED STATES OF AMERICA,          CASE NO. CR 06-0725 SI
14
                 Plaintiff,           [PROPOSED]
15
        vs.                           ORDER WAIVING DEFENDANT'S
16                                    PERSONAL APPEARANCE
   TREVOR GRAHAM,
17
                 Defendant.
18
   _____/
19

20      As stated at the last status conference, Defendant, TREVOR

21 GRAHAM, by and through his attorneys, Gail Shifman and Joseph

22 Zeszotarski, Jr., having previously filed his waiver of

23 appearance upon hearing of any motion in this cause, including

24 the time that the case is set for trial and when a continuance is

25 ordered, requests that the Court permit a waiver of his

26 appearance for the status hearing scheduled on March 30, 2007.

27 As Defendant lives in North Carolina, and because this matter is

28 set for status, the cost to attend the hearing would be

                                                                1

burdensome. Defense counsel are in regular contact with Mr. Graham and will advise him immediately of a trial date and his requirement to be present for trial. Defendant Graham has earlier indicated that he will abide by any order requiring his presence in court including trial. Government counsel indicated at the last status conference that it had no objection to the Defendant's waiver for the hearing scheduled on March 30, 2007.

Dated: March 29, 2007          By: Shifman Group, Attorneys


                                      //s//
                               _____
                               GAIL SHIFMAN
                               Attorneys for Defendant
                               TREVOR GRAHAM

### ORDER

The Court being advised and there being no objection, IT IS ORDERED that Defendant TREVOR GRAHAM'S personal appearance is waived at the status hearing scheduled for March 30, 2007.

Dated: March _____, 2007

_____
SUSAN ILLSTON
U.S. DISTRICT JUDGE

ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE                    2