GAIL SHIFMAN
Shifman Group, Attorneys
633 Battery Street, Ste. 635
San Francisco, CA 94111
Tel: (415) 551-1500
Fax: (415) 788-6787

JOSEPH ZESZOTARSKI, JR.
Poyner & Spruill
P.O. Box 10096
Raleigh, NC 27605
Tel: (919) 783-6400
Fax: (919) 783-1075

Attorneys for Defendant
TREVOR GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-0725 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS HEARING AND MODIFYING FILING SCHEDULE |
| vs. | |
| TREVOR GRAHAM, | |
| Defendant. | |

The parties hereby stipulate that the Motions hearing date currently set for June 22, 2007 shall be vacated and continued until July 27, 2007 at 11:00 a.m. and that the previously set briefing schedule shall be modified to the following filing dates:

    Defense motions: June 15, 2007;
    Prosecution oppositions, if any: June 29, 2007;
    Defense replies, if any: July 13, 2007.

It is so stipulated.

Dated: May 16, 2007                    Dated: May 16, 2007

    /S/                                        /S/
_____        _____
GAIL SHIFMAN                              JEFF FINIGAN (w/consent)
Attorney for Defendant            Assistant U.S. Attorney
TREVOR GRAHAM

1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                  **NORTHERN DISTRICT OF CALIFORNIA**

8                            **--o0o--**

9  UNITED STATES OF AMERICA,
                                  **CASE NO. CR 06-0725 SI**
10              Plaintiff,
                                  **ORDER CONTINUING MOTIONS HEARING**
11     vs.                        **AND MODIFYING FILING SCHEDULE**

12  TREVOR GRAHAM,

13              Defendant.
    _____/

14

15      This matter having come before the Court upon the

16  Stipulation of the parties and the Court being advised;

17      IT IS ORDERED that the Motions hearing date currently set

18  for June 22, 2007 shall be vacated and continued until July 27,

19  2007 at 11:00 a.m. and that the previously set briefing schedule

20  shall be modified to the following filing dates:

21      Defense motions: June 15, 2007;
        Prosecution oppositions, if any: June 29, 2007;
22      Defense replies, if any: July 13, 2007.

23  Dated: May ___, 2007

24                                  _____
                                    UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION & ORDER CONTINUING MOTIONS HEARING AND MODIFYING
FILING SCHEDULE                                                    2