SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos.   CR 06-0725 SI |
|           Plaintiff, ) |        CR MISC. NO.: 03-271-MMC |
| ) | |
|     v. ) | UNSEALING APPLICATION AND |
| ) | PROPOSED ORDER |
| TREVOR GRAHAM, ) | |
|           Defendant. ) | |

      The United States hereby moves the Court for an order unsealing the immunity orders served upon the following witnesses in connection with their respective grand jury testimonies in the above captioned investigation (CR MISC. NO.: 03-271-MMC): Marion Jones; Timothy Montgomery; Michelle Collins; Tom Craig; Ramon Clay; Alvin Harrison; and Calvin Harrison. The United States previously requested sealing of the orders because at the time the immunity orders were signed, disclosure of the witnesses' appearances before the grand jury would have

been inappropriate as grand jury matter and would have substantially impaired the criminal investigation. That need for confidentiality no longer exists, as these witnesses may testify at the trial in the above-captioned matter and the government is requesting copy of the immunity orders in order to comply with its *Brady* obligations. The immunity orders were captioned under CR MISC. NO.: 03-271-MMC, with the Hon. Maxine M. Chesney signing the orders as the assigned Duty Judge. The government respectfully requests that this order pertain only to the orders for the witnesses named herein, as other matters may have been lodged under this file number which are not, at this time, appropriate for disclosure.

DATED: August 20, 2007     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
JEFFREY R. FINIGAN
Assistant United States Attorney

**ORDER**

In light of the government's motion, and for the reasons stated therein, the immunity orders for Marion Jones, Timothy Montgomery, Michelle Collins, Thomas Craig, Ramon Clay, Alvin Harrison, and Calvin Harrison, filed under criminal number CR MISC. NO.: 03-271-MMC, are hereby ordered unsealed. All other matters filed under this criminal number shall remain under seal pending further order of the Court.

IT IS SO ORDERED.

DATED: __8/21/07__, 2007

_____
SUSAN ILLSTON
United States District Judge

U.S. UNSEALING APPLICATION
CR 06-0725 SI                           2