1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
6
7      450 Golden Gate Avenue
       San Francisco, California  94102
8      Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
9      Email: jeffrey.finigan@usdoj.gov
10 Attorneys for Plaintiff
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14
15
16 UNITED STATES OF AMERICA,          )   Criminal No. CR 06-0725 SI
                                      )
17         Plaintiff,                 )
                                      )
                                      )   **STIPULATION AND [PROPOSED]**
18     v.                             )   **ORDER EXCLUDING TIME**
                                      )
19                                    )
   TREVOR GRAHAM,                     )
20                                    )
           Defendant.                 )
21 _____    )
22
23     The above-captioned matter came before the Court on February 1, 2008, for status.  The
24 defendant was represented by William Keane, Esq., and the government was represented by
25 Jeffrey Finigan, Assistant United States Attorney.  The Court set a briefing schedule for a defense
26 discovery motion and confirmed the May 19, 2208, trial date.  The defense discovery motion is to
27 be filed on February 8, 2008.
28     The Court made a finding that the time from and including February 1, 2008, through

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0725 SI

February 8, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

The parties further agree and stipulate that this time exclusion is in addition to the time exclusion ordered by the Court on December 14, 2007, at which time the Court excluded time for the same reasons set forth herein from and including December 14, 2007, through and including the trial date of May 19, 2008. The parties include this additional acknowledgment because they did not execute a written stipulation to this effect following the December 14, 2007, hearing.

DATED: February 4, 2008

/s/
WILLIAM P. KEANE
Counsel for Trevor Graham

DATED: February 4, 2008

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0725 SI                    2