William P. Keane (State Bar No. 124756)
Email: wkeane@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
Email: palsdorf@fbm.com
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
TREVOR GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TREVOR GRAHAM,<br><br>　　　　　Defendant. | Case No. CR 06-0725 SI (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR PRODUCTION OF JENKS ACT AND BRADY/GIGLIO MATERIALS**<br><br>Judge:　The Honorable Susan Illston<br>Hearing:　March 28, 2008<br>Time:　11:00 a.m. |

　　　WHEREAS, Defendant Trevor Graham ("Graham") has moved for an order directing the United States to produce all Brady/Giglio and Jenks Act materials in the United States Anti-Doping Agency's ("USADA") possession;

　　　WHEREAS, Graham has served USADA with a Rule 17(c) subpoena and USADA produced documents responsive to that subpoena on Friday, March 21;

　　　WHEREAS, Graham and USADA have met and conferred regarding USADA's response, identified a limited number of disputed documents, and agreed that Graham will file a motion to compel their production on April 11th and set the hearing on that motion for April 25th at 11:00 a.m.;

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIP. AND [PROPOSED] ORDER CONTINUING HRG
ON MOTION FOR PRODUCTION　　　　　1
Case No. CR 06-0725 SI (JCS)

22772\1504647.1

WHEREAS, these discussions are continuing and could potentially resolve Graham's Motion for Production of Brady/Giglio and Jenks Materials, as well as his planned motion to compel production of documents from USADA, without a court ruling;

WHEREAS, Graham requests, for efficiency purposes, to move the hearing on Graham's Motion for Production of Brady/Giglio and Jenks Materials to April 25th at 11:00 a.m, the same date as the hearing on Graham's anticipated motion to compel. The United States does not object to this request. The parties do not anticipate that they will reschedule the hearing again, and do not expect these scheduling changes to affect the trial date.

Defendant Trevor Graham, by and through his undersigned counsel, and the United States, by and through its undersigned counsel, hereby STIPULATE as follows:

1. The hearing on Defendant's Motion for Production of Jenks Act and Brady/Giglio Materials, currently scheduled for March 28, 2008 at 11:00 a.m., will now be heard on April 25, 2008 at 11:00 a.m.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIP. AND [PROPOSED] ORDER CONTINUING HRG
ON MOTION FOR PRODUCTION
Case No. CR 06-0725 SI (JCS)

2

22772\1504647.1

2. Defendant's reply brief, if any, on the Motion for Production of Jencks Act and Brady/Giglio Materials will be filed and served on Friday, April 18, 2008.

SO STIPULATED.

Dated: March 26, 2008      FARELLA BRAUN + MARTEL llp

By: /s/ William P. Keane
WILLIAM P. KEANE
Attorneys for Defendant
TREVOR GRAHAM

Dated: March 26, 2008

By: /s/ Jeffrey Finigan
JEFFREY FINIGAN
Attorneys for Plaintiff
UNITED STATES OF AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008

_/s/ Susan Illston_
Hon. Susan Illston
Judge of the United States District Court

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIP. AND [PROPOSED] ORDER CONTINUING HRG
ON MOTION FOR PRODUCTION
Case No. CR 06-0725 SI (JCS)

3

22772\1504647.1