UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TREVOR GRAHAM,<br><br>    Defendant. | CR No: 06-0725-SI<br>CR MISC. NO.: 03-271-MMC<br><br>UNSEALING APPLICATION AND<br>PROPOSED ORDER |

The United States hereby moves the Court for an order unsealing the immunity orders served upon Michelle Collins and Calvin Harrison in connection with their 2003 grand jury testimony in the Balco grand jury investigation. The United States had previously requested sealing of these orders because at the time the immunity orders were signed, disclosure of the appearance of these individuals before the grand jury would have been inappropriate as a grand jury matter and would have substantially impaired the criminal investigation. As these individuals are likely to be witnesses in the upcoming prosecution of the defendant for providing false statements to federal agents, the fact that these witnesses appeared as witnesses in the Balco grand jury investigation will shortly become a matter of public record, and the government no longer has an investigative need in maintaining secrecy with respect to the appearance of these

U.S. MOTION TO UNSEAL IMMUNITY ORDER
AND PROPOSED ORDER
CR 06-0725 SI & CR MISC. 03-271 MMC

witnesses before the Balco grand jury. In addition, counsel for defendant Graham has expressly requested a copies of these orders as a part of his trial preparation.

The immunity orders for Ms. Collins and Mr. Harrison were both captioned under CR MISC. NO.: 03-271. The government respectfully requests that this unsealing order pertain only to the orders for Ms. Collins and Mr. Harrison, as other matters may have been lodged under this file number which are not, at this time, appropriate for disclosure.

DATED: April 24, 2008              Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney


                                   _____/s/_____
                                   JEFFREY R. FINIGAN
                                   Assistant United States Attorney

**ORDER**

In light of the government's motion, and for the reasons stated therein, the immunity orders for Michelle Collins and Calvin Harrison filed under criminal number CR MISC. NO.: 03-271 are hereby ordered unsealed. All other matters pertaining to other witnesses filed under this criminal number shall remain under seal pending further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2008          _____
                                   SUSAN ILLSTON
                                   United States District Court Judge