William P. Keane (State Bar No. 124756)
Email: wkeane@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
Email: palsdorf@fbm.com
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
TREVOR GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR GRAHAM,<br><br>Defendant. | Case No. CR 06-0725 SI (JCS)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AUTHORIZATION TO EXPEND COURT FUNDS FOR NECESSARY DEFENSE COSTS**<br><br>Trial Date: May 19, 2008<br>Court: Honorable Susan Illston |

On motion by defendant Trevor Graham, by and through his counsel William P. Keane, made pursuant to 18 U.S.C. § 1825 [~~4285~~] and good cause appearing.

IT IS HEREBY ORDERED that the costs associated with witness Harold Laguerre's travel to the Northern District of California for the purposes of testifying at trial shall be paid by the United States Marshal.

//

//

//

//

//

1    IT IS FURTHER ORDERED that the United States Marshal furnish ~~Mr. Graham with~~ (a)(1)(c)

2    round trip travel and per diem expenses, in the amount specified in 5 U.S.C. ¶ 5702(a), for Harold

3    Laguerre, A FACT WITNESS to travel to San Francisco, California from Orlando, Florida on May 25, 2008 and to

4    return the day after his testimony is completed. ~~including ground transportation and meals and~~

5    ~~lodging for each day he is traveling or in San Francisco.~~

7    Dated: May 15, 2008

8    By: _____
9    SUSAN ILLSTON
     Judge of the United States District Court

ORDER AUTHORIZING PAYMENT OF COSTS
FOR WITNESS TRAVEL                  - 2 -                          22772\1585657.1
Case No. CR 06-0725 SI (JCS)