William P. Keane (State Bar No. 124756)
Email: wkeane@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
Email: palsdorf@fbm.com
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
TREVOR GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR GRAHAM,<br><br>Defendant. | Case No. CR-06-0725 SI (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE**<br><br>Date: October 17, 2008<br>Time: 11:00 a.m.<br>Court: The Honorable Susan Illston |

**STIPULATION**

The United States, by and through its counsel, AUSA Jeffrey Finigan, and Defendant Trevor Graham, by and through his counsel, William P. Keane, hereby agree and stipulate to move Mr. Graham's sentencing to October 17, 2008, given the Court's unavailability on the original sentencing date of September 5, 2008.

//

//

//

//

//

//

//

STIPULATION TO RESCHEDULE
HEARING - Case No. CR-06-0725 SI (JCS)

22772\1620463.1

1  Defense counsel represents that the parties have agreed to this date, that defense counsel
2  has cleared this date with the assigned probation officer, and that AUSA Finigan consented to the
3  filing of this Stipulation on June 23, 2008.
4  SO STIPULATED.
5  DATED: June 25, 2008                    Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By: /s/
WILLIAM P. KEANE
PAUL A. ALSDORF
Attorneys for Defendant
Trevor Graham

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED: June __, 2008                    By: _____
Hon. Susan Illston
United States District Court Judge

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO RESCHEDULE
HEARING - Case No. CR-06-0725 SI (JCS)    - 2 -    22772\1620463.1