William P. Keane (State Bar No. 124756)
Email: wkeane@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
Email: palsdorf@fbm.com
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
TREVOR GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR GRAHAM,<br><br>Defendant. | Case No. CR-06-0725 SI (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL**<br><br>Hearing Date: July 18, 2008<br>Time: 11:00 a.m.<br>Court: The Honorable Susan Illston |

## STIPULATION

The United States, by and through its counsel, AUSA Jeffrey Nedrow, and Defendant Trevor Graham, by and through his counsel, William P. Keane, hereby agree and stipulate to extend the deadline for Mr. Graham to file his Reply in support of his Motion for Judgment of Acquittal. Mr. Graham filed his Motion for Judgment of Acquittal on June 20, 2008, and the government's Opposition was filed on July 2, 2008. The parties agree that Mr. Graham's Reply, which is now due on July 8, 2008, will now be due on Thursday, July 10, 2008. This will not

//

//

//

//

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION
Case No. CR-06-0725 SI (JCS)

22772\1627605.1

affect the current hearing date of July 18, 2008.

SO STIPULATED.

DATED: July 3, 2008      Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By: /s/
WILLIAM P. KEANE
Attorneys for Defendant
Trevor Graham

DATED: July 3, 2008      JOSEPH P. RUSSIONELLO
United States Attorney

By: /s/
JEFFREY NEDROW
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to stipulation and good cause appearing, therefore, IT IS SO ORDERED.

DATED: July __, 2008      By: *(signed) Susan Illston*
Hon. Susan Illston
United States District Court Judge

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION
Case No. CR-06-0725 SI (JCS)     - 2 -     22772\1627605.1