JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> TREVOR GRAHAM, ) <br> ) <br>    Defendant. ) <br> _____ ) | Criminal No. CR 06-0725 SI <br><br> **NOTICE OF DISMISSAL** |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

///

///

NOTICE OF DISMISSAL
CR 06-0725 SI

United States Attorney for the Northern District of California dismisses counts one and two of the indictment filed herein.

DATED: August 6, 2008      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
Assistant United States Attorneys

NOTICE OF DISMISSAL
CR 06-0725 SI                 2

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Leave of Court is granted to the government to dismiss counts one and two of the |
| 3 | indictment without prejudice and the Court hereby orders that counts one and two of the |
| 4 | indictment are dismissed without prejudice . |

DATED: _____    _____
SUSAN ILLSTON
United States District Court Judge

NOTICE OF DISMISSAL
CR 06-0725 SI                              3