William P. Keane (State Bar No. 124756)
Email: wkeane@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
Email: palsdorf@fbm.com
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
TREVOR GRAHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR GRAHAM,<br><br>Defendant. | Case No. CR 06-0725 SI (JCS)<br><br>[**PROPOSED**] ORDER AUTHORIZING PAYMENT OF COSTS FOR DEFENDANT'S TRAVEL TO ATTEND COURT PROCEEDINGS<br><br>Hearing Date:  October 21, 2008<br>Court:  Honorable Susan Illston |

On motion by defendant Trevor Graham, by and through his counsel William P. Keane, made pursuant to 18 U.S.C. § 4285 and good cause appearing.

IT IS HEREBY ORDERED that the Court's September 24, 2008 Order directing that the United States Marshal's Office pay the costs associated with defendant's non-custodial travel to the Northern District of California for the purposes of meeting with defense counsel and attending court proceedings in this case is cancelled. Any reservations made pursuant to that Order shall also be cancelled.

IT IS FURTHER ORDERED that the costs associated with defendant's non-custodial travel to the Northern District of California for the purposes of meeting with defense counsel and attending his sentencing shall be paid by the United States Marshal. Having found the Defendant

1  eligible for the payment of costs pursuant to the Criminal Justice Act on August 17, 2007, the
2  Court is satisfied that the defendant is financially unable to pay the costs associated with traveling
3  to and from this judicial district for court appearances and the defendant's attendance is required
4  by the Court.

5       IT IS FURTHER ORDERED that the United States Marshal furnish Mr. Graham with
6  airfare, ticketing, and/or other travel expenses as necessary for the defendant to travel from
7  Raleigh, North Carolina to this judicial district on October 20, 2008 to attend his sentencing on
8  October 21, 2008, and with per diem expenses for two days for meals and ground transportation
9  and lodging for one night, in the amount specified in 5 U.S.C. § 5702(a).  Travel to this judicial
10 district is requested to be provided on October 20, 2008, with arrival in San Francisco by 3:00
11 p.m. on October 14, and return travel the evening of October 21, 2008 following the sentencing.
12 Dated: October 10, 2008

By: _____
JOSEPH SPERO
U.S. MAGISTRATE COURT JUDGE

ORDER AUTHORIZING PAYMENT OF COSTS
FOR DEFENDANT'S TRAVEL                - 2 -                                22772\1721122.1
Case No. CR 06-0725 SI (JCS)