IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>  v.<br><br>TREVOR GRAHAM,<br><br>        Defendant.<br>                                        / | No. CR 06-00725 SI<br><br>**ORDER DENYING REQUEST FOR EXPUNGEMENT** |

Defendant Trevor Graham has filed various materials requesting that the Court expunge his criminal record. *See* Docket Nos 258, 259. Although federal courts have inherent authority to expunge criminal records in appropriate and extraordinary cases, the Court's jurisdiction is limited to expunging records of unlawful arrest or conviction, or to correcting clerical error. *See United States v. Crowell*, 374 F.3d 790, 793 (9th Cir. 2004). There is no evidence that defendant's arrest or conviction was unlawful or that there was some relevant clerical error. Thus, the Court lacks jurisdiction to consider defendant's request. Accordingly, defendant's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 12, 2013

                                                        SUSAN ILLSTON
                                                        United States District Judge